

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2020

No. 04-19-00725-CR

Anthony **HERRERA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR4101
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed the appellant of his right to access the appellate record and to file his own brief. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *see also Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). The State has filed a letter waiving its right to file an appellee's brief unless appellant files a *pro se* brief.

If the appellant desires to file a *pro se* brief, he must do so **within thirty (30) days** from the date of this order. If the appellant files a *pro se* brief, the State may file a responsive brief no later than thirty days after the date the appellant's *pro se* brief is filed in this court. It is further ORDERED that the motion to withdraw filed by appellant's counsel is HELD IN ABEYANCE pending further order of the court.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2020.



MICHAEL A. CRUZ,
Clerk of Court